# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129228

GWENDOLYN McCLENDON,
      Plaintiff-Appellant,

v

DIMITRIOS APOSTOLOU, M.D.,
WALTER FRASHER, PA-C, PETER
MANCINI II, M.D., and HARPER-
HUTZEL HOSPITAL,
      Defendants,

and

ALLEN WILLIAMS, M.D., and
MERCY MEMORIAL HOSPITAL
CORPORATION,
      Defendants-Appellees.

SC: 129228
COA: 260583
Wayne CC: 02-226917-NH

_____/

      By order of April 13, 2007, the application for leave to appeal the June 28, 2005 order of the Court of Appeals was held in abeyance pending the decision in *Mullins v St Joseph Mercy Hosp* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, ___ Mich ___ (2007), the application is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals, REINSTATE the order of the Wayne Circuit Court denying the defendants' motion for summary disposition, and REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order and the order in *Mullins*.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2007

Clerk

11211